UNION STORAGE COMPANY, Inc.,
Appellant,

v.

Maury YOUNG, Eugene Young, Jr., and
Robert Young, t/a Young &
Simon, Appellees.

No. 3036.

Municipal Court of Appeals for the
District of Columbia.

Argued July 23, 1962.

Decided Aug. 20, 1962.

David C. Bastian, Washington, D. C.,
with whom Godfrey L. Munter, Albert F.
Adams, and William Thomson, Washington,
D. C., were on the brief, for appellant.

Henry H. Brylawski, Washington, D. C.,
for appellees.

Before HOOD, Chief Judge, and QUINN
and MYERS, Associate Judges.

PER CURIAM.

The sole question in this case is whether
the trial court abused its discretion in re-
fusing to vacate a default judgment and
quash an order of condemnation of certain
credits attached before judgment.

Appellees filed suit to recover certain in-
surance premiums claimed to be due. The
complaint alleged under oath that appellant
corporation was a nonresident of the Dis-
trict of Columbia, and as a result an at-
tachment before judgment was issued nam-
ing the First National Bank of Washing-
ton as garnishee.[1] The bank answered
and indicated it was holding sufficient funds
to satisfy the attachment. Appellant then
filed motions to strike the complaint and
quash the attachment, which were denied.
Thereafter negotiations to reach a settle-
ment were unsuccessful. Appellees filed a
motion for a default judgment and a judg-
ment of condemnation of the funds at-
tached. No responsive pleading having
been filed by appellant, the motion was
granted. Some three months later appel-
lant moved to quash the order of con-
demnation and set aside the judgment by
default. The motion was denied and this
appeal followed.

We have carefully examined the record
and find no abuse of discretion.

Affirmed.

1. Code 1961, § 16–301.